**Entered on Docket**
**December 15, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-75609

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-23952-bam |
| Flory M. Barquero and Lenard E. Barquero | Date: 11/16/09<br>Time: 1:30 p.m. |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 4770 Saguaro Way, Las Vegas, NV 89121, and legally described as follows:

> LOT SIXTEEN (16) IN BLOCK TWENTY (20) OF DESERT INN ESTATES UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 12 OF PLATS, PAGE 31, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. INCLUDING MANUFACTURED HOME MAKE: CMH MANUFACTURING WEST,. INC MODEL: 71GOW28663BH06 GE661F YEAR: 2006 SERIAL NUMBER: PER033809CAAB.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By:_____
Stefanie Clement
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Lenard E Schwartzer
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_    The court waived the requirements of LR 9021.
\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_\_ approved the form of this order           \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor